

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ROBERT LOUIS STRAWHACKER, §
§
        Petitioner, §
§
VS. § NO. 4:07-CV-117-A
§
NATHANIEL QUARTERMAN, §
Director, Texas Department §
of Criminal Justice, §
Correctional Institutions §
Division, §
§
        Respondent. §

O R D E R

Came on for consideration the above-captioned action wherein Robert Louis Strawhacker ("Strawhacker") is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division ("Director"), is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On December 21, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by January 11, 2007. Strawhacker timely filed written objections to which Director has not made any further response.

In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a _de novo_

determination of those portions of the proposed findings or recommendations to which specific objection is made. United States v. Raddatz, 447 U.S. 667 (1980). The court need not consider any nonspecific objections or any frivolous or conclusory objections. Battle v. United States Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987).

Strawhacker filed his federal petition for writ of habeas corpus in this court on February 20, 2007, pursuant to 28 U.S.C. § 2254. Strawhacker claimed that his due process right were being violated because of (1) improper application of his good time and work time credits and (2) application of an illegal law, namely, a Texas Senate Bill. The magistrate judge, in his FC&R, citing both federal and Texas case law, determined that Strawhacker had not exhausted his claim regarding application of the Senate bill and that he had been afforded all the due process to which he was entitled. Strawhacker does not object to the finding that his claim regarding the Senate Bill is unexhausted. Further, in his objection to the conclusion regarding his good time credit, petitioner merely regurgitates his original complaints generally concerning due process and good time is applied. He makes no specific objection to the ultimate finding by the magistrate judge. Thus, the court accepts the findings,

conclusions, and recommendation of the magistrate judge on this basis.

Therefore,

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, denied.

SIGNED January 14, 2008.

_____
JOHN McBRYDE
United States District Judge